Amy M. Samberg, NV Bar No. 10212
asamberg@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
400 East Van Buren Street, Suite 550
Phoenix, AZ 85004
Telephone: 602-926-9880
Facsimile: 312-863-5099

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
Lee H. Gorlin, NV Bar No. 13879
lgorlin@fgppr.com
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099

*Attorneys for The Travelers Home and
Marine Insurance Company*

# UNTITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER MORGAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a Foreign Corporation licensed to do business in the State of Nevada; DOES 1-5; and ROE CORPORATIONS 6-10, inclusive, jointly and severally,<br><br>Defendants. | CASE NO. 2:19-cv-00167-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and through Plaintiff Tyler Morgan

- 1 -

and and Defendant The Travelers Home and Marine Insurance Company ("Travelers") by and through their respective counsel, hereby notify this Court that the above-matter has settled and this matter be dismissed with prejudice in its entirety, including all claims that were or could have been asserted herein. Each party will bear their own costs and attorneys' fee.

This case has not been scheduled for trial.

DATED: March ____, 2020

DATED: ~~March~~ APRIL 9, 2020

NV INJURY LAW

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____
Jessica Parra, Esq.
1330 S. Eastern Avenue
Las Vegas, NV 89104

By: _____
Amy M. Samberg, Esq.
400 E. Van Buren Street, Suite 550
Phoenix, AZ 85004

*Attorney for Plaintiff Tyler Morgan*

Dylan P. Todd, Esq.
Lee H. Gorlin, Esq.
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Defendant The Travelers Home and Marine Insurance Company*

**ORDER**

IT IS SO ORDERED.

Dated: April 9, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Jessica Parra
NV Injury Law, LLC
1330 S. Eastern Avenue
Las Vegas, NV 89104

*Attorney for Plaintiff Tyler Morgan*

Dated: March ___, 2020.

/s/
An Employee of Foran Glennon

- 3 -